FILED
DEC 14 200
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ENVIROCON, INC.,** <br> **a Montana corporation,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **ARCADIS G&M, INC.,** <br> **a Delaware corporation,** <br><br> **Defendant.** | **Civil Action** <br> **No. 05CV516T** |

**<u>MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*</u>**

Brian LaPlante, Esquire ("Resident Counsel"), hereby moves that Robert C. Chambers, Esquire ("Applicant"), be admitted *Pro Hac Vice* in the above-entitled matter as co-counsel with Brian LaPlante, Esquire, on behalf of Plaintiff Envirocon, Inc.

In support of the Motion, Brian LaPlante, Esquire and Robert C. Chambers, Esquire, rely on the attached Memorandum.

WHEREFORE, the Applicant and Resident Counsel respectfully request that this Honorable Court grant the Motion for Admission *Pro Hac Vice* for the purpose of representing the above-named Plaintiff in this proceeding, and for such other and further relief as may be just and proper.

Respectfully submitted,

Brian LaPlante, Esq./#5861
Christopher D. DiSano, Esq./#6788
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
TEL: (401) 273-0200
FAX: (401) 273-0250

(PJC)
Robert C. Chambers, Esq.
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA 30303-1227

Date: December 13th, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ENVIROCON, INC.,** <br> **a Montana corporation,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **ARCADIS G&M, INC.,** <br> **a Delaware corporation,** <br><br> **Defendant.** | ) | **Civil Action** <br> **No. 05CV516T** |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION**
**FOR ENTRY OF APPEARANCE *PRO HAC VICE***

Brian LaPlante, Esquire (the "Resident Counsel"), hereby moves that Robert C. Chambers, Esquire (the "Applicant"), be admitted *Pro Hac Vice* in the above-entitled matter as co-counsel with the Resident Counsel on behalf of Plaintiff Envirocon, Inc.

In support thereof, the Resident Counsel and the Applicant states as follows:

1. The Applicant is a member of the law firm of Smith, Currie & Hancock, LLP, with a principal office located at 2700 Marquis One Tower, 245 Peachtree Center Avenue, NE, Atlanta, Georgia 30303-1227. The Applicant is a member of the Bar of the State of Georgia and the United States District Court for the Northern District of Georgia and has continuously been in good standing since his admission to each respective bar. In this regard, a Certification For Admission *Pro Hac Vice* is attached hereto and incorporated herein by reference as Exhibit 1. The Certification includes the Applicant's address, and telephone and facsimile numbers.

2. The Applicant has substantial experience with respect to environmental and complex construction contract claims, including those at issue in this matter, constituting cause for admission *Pro Hac Vice* under the Local Rules of the United States District Court for the District of Rhode Island.

3. The Applicant has a longstanding relationship with Plaintiff as a result of, among other things, the Applicant's firm's representation of Plaintiff in numerous proceedings, constituting further cause for admission *Pro Hac Vice* under the Local Rules of the United States District Court for the District of Rhode Island.

4. The Applicant agrees that if this Motion is granted and he is admitted to appear before this Court for the purpose of representing the above-named Plaintiff as co-counsel with the Resident Counsel, he will continue to represent the above-named Plaintiff in these proceedings, unless permitted to withdraw sooner by order of the Court, until the involvement of said Plaintiff in this proceeding terminates.

5. The Applicant further agrees, with reference to all matters incidental to the subject proceedings that he will be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court for the District of Rhode Island and other courts of justice in Rhode Island, as if he was regularly admitted as a licensed member of the Rhode Island Bar in good standing.

6. Within the proceeding twenty-four (24) months, the Applicant has neither applied nor acted as counsel *Pro Hac Vice* in this district. The Applicant understands, upon information and belief, that the State of Georgia, the jurisdiction in which he is admitted to practice, grants like privileges to members of the Rhode Island Bar in good standing.

WHEREFORE, the Applicant and Resident Counsel respectfully request that this Honorable Court grant the Motion For Admission *Pro Hac Vice* for the purpose of representing the above-named Plaintiff in this proceeding, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

Brian LaPlante, Esq./#5861
Christopher D. DiSano, Esq./#6788
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
TEL: (401) 273-0200
FAX: (401) 273-0250

(PJL)

Robert C. Chambers, Esq.
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA 30303-1227

Date: December 13th, 2005

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Georgia and of the Federal District Court Northern District of Georgia, and that my eligibility to practice before that court has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Signed: ______________________

**Robert C. Chambers**
SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA 30303-1227

Tel: 404-521-3800
Fax: 404-688-0671

Local Associate Counsel:
**Brian LaPlante**
LAPLANTE & SOWA, LTD.
67 Cedar Street, Suite 102
Providence, RI 02903

Tel: 401-273-0200
Fax: 401-273-0250

---

**Order:** This motion is hereby ______________________.

______________________
U.S. District Judge
Date: ______________________