IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **ENVIROCON, INC., a Montana corporation,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 05CV516T** |
| **v.** | ) | |
| **ARCADIS G&M, INC., a Delaware corporation,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE***

Brian LaPlante, Esquire ("Resident Counsel"), hereby moves that G. Scott Walters, Esquire ("Applicant"), be admitted *Pro Hac Vice* in the above-entitled matter as co-counsel with Brian LaPlante, Esquire, on behalf of Plaintiff Envirocon, Inc.

In support of the Motion, Brian LaPlante, Esquire and G. Scott Walters, Esquire, rely on the attached Memorandum.

WHEREFORE, the Applicant and Resident Counsel respectfully request that this Honorable Court grant the Motion for Admission *Pro Hac Vice* for the purpose of representing the above-named Plaintiff in this proceeding, and for such other and further relief as may be just and proper.

Respectfully submitted,

Brian LaPlante, Esq./#5861
Christopher D. DiSano, Esq./#6788
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
TEL: (401) 273-0200
FAX: (401) 273-0250

(PJL)
G. Scott Walters, Esq.
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA 30303-1227

Date: December 13, 2005

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Georgia and of the Federal District Court for the Northern District of Georgia, and that my eligibility to practice before that court has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Signed: [signature]

**G. Scott Walters**
SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA 30303-1227

Tel: 404-521-3800
Fax: 404-688-0671

Local Associate Counsel:
**Brian LaPlante**
LAPLANTE & SOWA, LTD.
67 Cedar Street, Suite 102
Providence, RI 02903

Tel: 401-273-0200
Fax: 401-273-0250

---

**Order:** This motion is hereby Granted.

Ernest C Torres / [initials]
U.S. District Judge
Date: 1/4/06