**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENVIROCON, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | C.A. NO.: 05-516T |
| ARCADIS G&M, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Warren D. Hutchison as attorney for the defendant, ARCADIS G&M, INC., in the above captioned matter.

Respectfully submitted,
ARCADIS G&M, INC.
By its attorney,

Warren Hutchison /RSS

Warren D. Hutchison, R.I. Bar # 5571
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
Tel: (617) 406-4500
Fax: (617) 406-4501

00970439

**CERTIFICATE OF SERVICE**

I, Ranen S. Schechner, hereby certify that on January 10th, 2006, I served a copy of the foregoing document on all counsel of record by mailing, first class mail, postage pre-paid, to the following:

Brian LaPlante, Esq.
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903

Ranen S. Schechner

00970439