UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 12 2006
Property of U.S. District Court
District of Rhode Island

ENVIROCON, INC.

Plaintiff,

V.

ARCADIS G&M, INC.

Defendant.

C.A. NO.: 05-516T

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

The plaintiff, Envirocon, Inc. ("Envirocon") and the defendant, ARCADIS G&M, INC. ("ARCADIS"), hereby stipulate that ARCADIS will have up to and including January 17, 2006, to answer and otherwise respond to Envirocon's Complaint.

Envirocon, Inc.
By its attorney,

Brian LaPlante /RSS

Brian LaPlante, R.I. Bar # 5861
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: 401.273.0200
Fax: 401.273.0250

ARCADIS G&M, INC.
By its attorney,

Warren Hutchison /RSS

Warren D. Hutchison, R.I. Bar # 5571
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
Tel: (617) 406-4500
Fax: (617) 406-4501

00970292

Dated: January 10, 2006

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE: 1/20/06

## CERTIFICATE OF SERVICE

I, Ranen S. Schechner, hereby certify that on January 10th, 2006, I served a copy of the foregoing document on all counsel of record by mailing, first class mail, postage pre-paid, to the following:

Brian LaPlante, Esq.
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903

Ranen S. Schechner

00970292