**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JAN 1 ? 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ENVIROCON, INC. | ) | |
| Plaintiff, | ) | |
| V. | ) | C.A. NO.: 05-516T |
| ARCADIS G&M, INC. | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND SCHEDULING OF RULE 26(f) CONFERENCE**

The plaintiff, Envirocon, Inc. ("Envirocon") and the defendant, ARCADIS G&M, INC. ("ARCADIS"), hereby stipulate that ARCADIS will have up to and including January 24, 2006, to answer and otherwise respond to Envirocon's Complaint. The undersigned counsel for both parties further stipulate that they will conduct a discovery conference pursuant to Fed. R. Civ. P. 26(f) no later than January 31, 2006.

Envirocon, Inc.
By its attorney,

Brian LaPlante (RSJ)

Brian LaPlante, R.I. Bar # 5861
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: 401.273.0200
Fax: 401.273.0250

00972350

Dated: January 16, 2006

ARCADIS G&M, INC.
By its attorney,

Warren D. Hutchison, R.I. Bar # 5571
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
Tel: (617) 406-4500
Fax: (617) 406-4501

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 1/20/06

**CERTIFICATE OF SERVICE**

I, Ranen S. Schechner, hereby certify that on January 17, 2006, I served a copy of the foregoing document on all counsel of record by mailing, first class mail, postage pre-paid, to the following:

Brian LaPlante, Esq.
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903

G. Scott Walters
Smith, Currie & Hancock LLP
2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, Georgia 30303-1227

Ranen S. Schechner

00970292