**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Envirocon, Inc.,<br>a Montana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIS G&M, INC.,<br>a Delaware corporation,<br><br>Defendant. | Civil Action<br>No. 05CV516T |

**NOTICE OF SERVING DISCOVERY MATERIAL**

Envirocon, Inc. hereby gives notice of serving Plaintiff's Initial Disclosures upon counsel of record. A copy of the Certificate of Service of Plaintiff's Initial Disclosures is attached hereto as **Exhibit 1**.

Respectfully submitted this 16th day of February, 2006.

SMITH, CURRIE & HANCOCK LLP

By: ______________________
G. Scott Walters
Georgia Bar No. 735610
Admitted *Pro Hac Vice*

2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671

Brian K. LaPlante
R.I. Bar #5861
LAPLANTE & SOWA, LTD.
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250

Attorneys for Plaintiff Envirocon, Inc.

ORIGINAL

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ENVIROCON, INC.,<br>a Montana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIS G&M, INC.,<br>a Delaware corporation,<br><br>Defendant. | Civil Action<br>No.: 05CV516T |

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date served a true and correct copy of the within and foregoing **NOTICE OF SERVING DISCOVERY MATERIAL** upon counsel by depositing same in the United States First Class Mail in a properly addressed envelope, with adequate postage affixed thereon, addressed as follows:

Warren D. Hutchison, Esq.
Ranen S. Schechner, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110

Dated this 16th day of February, 2006.

G. Scott Walters
Georgia Bar No. 735610
Admitted *Pro Hac Vice*

SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671