**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ENVIROCON, INC.,<br>a Montana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIS G&M, INC.,<br>a Delaware corporation,<br><br>Defendant. | Civil Action<br>No.: 05CV516T |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a true and correct copy of the within and foregoing **PLAINTIFF'S INITIAL DISCLOSURES** upon counsel by depositing same in the United States First Class Mail in a properly addressed envelope, with adequate postage affixed thereon, addressed as follows:

Warren D. Hutchison, Esq.
Ranen S. Schechner, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110

Dated this 16th day of February, 2006.

G. Scott Walters
Georgia Bar No. 735610
Admitted *Pro Hac Vice*

SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671

EXHIBIT
1