**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Envirocon, Inc., a Montana corporation, Plaintiff, | |
| v. | Civil Action No. 05CV516T |
| ARCADIS G&M, INC., a Delaware corporation, Defendant. | |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned hereby certify that, on March 31, 2006, true and correct copies of: (1) Plaintiff Envirocon, Inc.'s First Interrogatories to Defendant Arcadis G&M, Inc.; and, (2) Plaintiff Envirocon, Inc.'s First Request for Production of Documents and Things to Defendant Arcadis G&M, Inc., were served upon counsel for Defendant as listed, by depositing same in the U.S. Mail, as designated in the Certificate of Service, postage prepaid, properly addressed to counsel as follows:

Warren D. Hutchison, Esq.
Ranen S. Schechner, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110

ORIGINAL

Respectfully submitted this 31st day of March, 2006.

SMITH, CURRIE & HANCOCK LLP

By: [signature]
G. Scott Walters
Georgia Bar No. 735610
Admitted *Pro Hac Vice*

2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671

By: Brian LaPlante, by G. S. Walters, with express permission
Brian LaPlante
R.I. Bar #5861

LAPLANTE & SOWA, LTD.
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250

Attorneys for Plaintiff Envirocon, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I am serving this 31st day of March, 2006 the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** upon opposing counsel by depositing a copy in the United States Mail, first class postage affixed to an envelope addressed as follows:

Warren D. Hutchison, Esq.
Ranen S. Schechner, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110

G. Scott Walters

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ENVIROCON, INC., a Montana corporation,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No.: 05CV516T** |
| **ARCADIS G&M, INC., a Delaware corporation,** | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am serving this 31st day of March, 2006 the within and foregoing **Plaintiff Envirocon, Inc.'s First Request for Production of Documents and Things To Defendant Arcadis G&M, Inc.** upon opposing counsel by depositing a copy in the United States Mail, first class postage affixed to an envelope addressed as follows:

Warren D. Hutchison, Esq.
Ranen S. Schechner, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110

G. Scott Walters

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ENVIROCON, INC., a Montana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIS G&M, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No.: 05CV516T |

**CERTIFICATE OF SERVICE**

I hereby certify that I am serving this 31st day of March, 2006 the within and foregoing **Plaintiff Envirocon, Inc.'s First Interrogatories To Defendant Arcadis G&M, Inc.** upon opposing counsel by depositing a copy in the United States Mail, first class postage affixed to an envelope addressed as follows:

Warren D. Hutchison, Esq.
Ranen S. Schechner, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110

G. Scott Walters