**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENVIROCON, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. NO: 05-516T |
| ARCADIS G&M, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ENTRY OF APPEARANCE FOR BRIAN C. NEWBERRY**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Brian C. Newberry as attorney of record for the defendant, ARCADIS G&M, INC., in the above-captioned matter.

Respectfully submitted,

ARCADIS G&M, INC.

By its attorneys,

Warren D. Hutchison, R.I. Bar # 5571
Brian C. Newberry, R.I. Bar # 5542
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
Tel: (617) 406-4500
Fax: (617) 406-4501
Dated: April 26, 2006

## CERTIFICATE OF SERVICE

I Brian C. Newberry certify that on April 26, 2006, I served a copy of the foregoing document on all counsel of record by mailing, first class mail, postage pre-paid, to the following:

Brian LaPlante, Esq.
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903

G. Scott Walters, Esq.
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Ave.
Atlanta, Georgia 30303-1227

Brian C. Newberry

00997246/25223.1