IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Envirocon, Inc.,<br>a Montana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIS G&M, INC.,<br>a Delaware corporation,<br><br>Defendant. | ) | Civil Action<br>No. 05CV516T |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned hereby certify that, on June 16, 2006, true and correct copies of: (1) Envirocon's Objections and Responses to Defendant's First Set of Interrogatories Directed to Plaintiff, Envirocon, Inc.; and, (2) Envirocon's Objections and Responses to Defendant's First Request for Production of Documents Directed to Plaintiff, Envirocon, Inc., were served upon counsel for Defendant as listed, by electronic mail and by depositing same in the U.S. Mail, as designated in the Certificate of Service, postage prepaid, properly addressed to counsel as follows:

Warren D. Hutchison, Esq.
Brian C. Newberry, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110

ORIGINAL

Respectfully submitted this 16th day of June, 2006.

SMITH, CURRIE & HANCOCK LLP

By: [signature]

G. Scott Walters
Georgia Bar No. 735610
Admitted *Pro Hac Vice*

2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671

LAPLANTE & SOWA, LTD.
Brian LaPlante
R.I. Bar #5861
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250

Attorneys for Plaintiff Envirocon, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I am serving this 16th day of June, 2006 the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** upon opposing counsel by electronic mail and by depositing a copy in the United States Mail, first class postage affixed to an envelope addressed as follows:

Warren D. Hutchison, Esq.
Brian C. Newberry, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110

G. Scott Walters