RECEIVED
JUL 07 2006
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Envirocon, Inc.,**<br>**a Montana corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ARCADIS G&M, INC.,**<br>**a Delaware corporation,**<br><br>**Defendant.** | ) | **Civil Action**<br>**No. 05CV516T** |

**CONSENT ORDER REGARDING ON-SITE INSPECTION OF DOCUMENTS AND THINGS**

**WHEREAS**, on or about March 31, 2006, Plaintiff Envirocon, Inc. ("Envirocon") served Defendant Arcadis G&M, Inc. ("Arcadis") with its First Requests for Production of Documents and Things ("Requests"); and

**WHEREAS**, on or about May 17, 2006, Arcadis served its objections and responses to the Request for Production ("Responses"); and

**WHEREAS**, Arcadis has intermittently produced documents to Envirocon, in both hard copy and electronic format, since serving its Responses; and

**WHEREAS**, on or about June 21, 2006, counsel for Envirocon requested, during a previously scheduled Preliminary Conference before the Court, that Arcadis make all documents and things responsive to its Requests

available for Envirocon's inspection and review in one central location and at a mutually agreeable time; and

**WHEREAS**, on or about June 21, 2006, counsel for the parties met and conferred immediately after the Preliminary Conference to discuss Envirocon's request for on-site inspection and review; and

**WHEREAS**, pursuant to this June 21, 2006 attorney conference, as well as subsequent discussions between counsel for the parties, Arcadis has agreed, without waiving its previously asserted objections to the Requests, to make all documents responsive to the Requests available for Envirocon's on-site inspection and review at a mutually agreeable time and location.

Having considered the foregoing and, for good cause shown,

It is hereby ORDERED that Defendant Arcadis G&M, Inc. will make available for Plaintiff Envirocon, Inc.'s on-site inspection and review all documents and things responsive to Envirocon, Inc.'s First Request for Production of Documents and Things at the offices of Donovan Hatem LLP, World Trade Center East, Two Seaport Lane, Boston MA 02110 on Monday, July 10, 2006 and Tuesday, July 11, 2006. This production shall be made without prejudice to Arcadis' previously asserted objections to the Requests, and shall

not be construed as a waiver by Envirocon to subsequently seek an order of the Court compelling further production under Local Rule 13 or Fed. R. Civ. P. 37(a)(2), to the extent that Arcadis fails to produce any documents based upon subsequently overruled objections;

It is further ORDERED that Envirocon shall maintain the right to request that Arcadis provide Envirocon with a privilege log, and that if Envirocon makes such request, Arcadis shall provide the privilege log to Envirocon not later than ten (10) days after such request is made;

It is further ORDERED that Arcadis shall, when possible, produce hard copies of all responsive documents as they have been kept and maintained in the normal and ordinary course of business or shall organize and label them to correspond with the categories in the Requests, and which shall include but not limited to all of Arcadis' cost, invoicing and payment records related to the Arcadis/U.S. Fish and Wildlife Service ("USFWS") Contract, including, but not limited to Envirocon's portion of the work, at the Sachuest Point National Wildlife Refuge Project in Middletown, Rhode Island, and all communications between Arcadis and the USFWS related to the Project; and provided, however, if Arcadis produces any documents or things in electronic format, it shall make available any

and all equipment necessary for Envirocon to inspect and review such electronic records.

Respectfully submitted this 7th day of July, 2006.

By: ______________________
Robert C. Chambers
Georgia Bar No. 119460
G. Scott Walters
Georgia Bar No. 735610
Admitted *Pro Hac Vice*

SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671

By: ______________________
Brian K. LaPlante
R.I. Bar #5861

LAPLANTE & SOWA, LTD.
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250

ATTORNEYS FOR ENVIROCON, INC.

By: ______________________
Warren D. Hutchison
R.I. Bar # 5571
Brian C. Newberry
R.I. Bar # 5542
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
Tel: (617) 406-4500
Fax: (617) 406-4501

ATTORNEYS FOR ARCADIS G&M, INC.

IT IS SO ORDERED this 12th day of July, 2006.

Ernest C. Torres

Ernest C. Torres
United States District Court Judge