**Walters, Scott**

**From:** Walters, Scott
**Sent:** Thursday, April 27, 2006 5:46 PM
**To:** 'bnewberry@donovanhatem.com'
**Cc:** Chambers, Bob; 'Brian LaPlante'
**Subject:** Envirocon v. Arcadis

This communication is intended solely for the benefit of the intended addressee(s). It may contain privileged and/or confidential information. If this message is received in error by anyone other than the intended recipient(s), please delete this communication from all records and advise the sender via electronic mail of the deletion.

Brian:

Thanks for the call yesterday introducing yourself. The purpose of this email is to provide you with my contact information (see below) and to let you know that I spoke with my client regarding your tentative request for an extension of time to respond to our pending discovery requests.

Envirocon will consent to an extension of time for Arcadis to respond to the pending discovery requests (interrogatories and requests for production) through and including **Monday, May 15, 2006**. Based on responses and document production at that time, I would like to schedule depositions of the previously requested Arcadis individuals between June 5th and 30th. We can discuss and hopefully agree upon specific dates and location sometime next week, whereupon I will serve the appropriate notices. As we previously discussed, I will contact you next Friday May 5th if I have not heard from you before then.

Very truly yours,

Scott Walters

*G. Scott Walters*

G. Scott Walters
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Ave.
Atlanta, Georgia 30303-1227
Phone: (404) 582-8062
Fax: (404) 688-0671
Email: gswalters@smithcurrie.com



EXHIBIT "1"

**Walters, Scott**

**From:** Walters, Scott
**Sent:** Monday, May 22, 2006 1:33 PM
**To:** 'Brian Newberry'
**Cc:** 'Brian LaPlante'; Chambers, Bob
**Subject:** RE: Arcadis

This communication is intended solely for the benefit of the intended addressee(s). It may contain privileged and/or confidential information. If this message is received in error by anyone other than the intended recipient(s), please delete this communication from all records and advise the sender via electronic mail of the deletion.

Brian:

Thank you for your email. As you know, we have the scheduling conference on June 21st, so I would like to schedule the three depositions around this hearing. I will check my schedule, but I'm inclined to start depositions on Friday June the 16th and then continue on June 19 and 20. If we need to continue these on the 21st, I'm okay with doing so after the hearing. I will follow up with you in the next several days regarding the order in which I would like to depose Messrs. Schroeder, Smith and Crone. Thereafter, I will prepare and serve appropriate notices of depositions. Also, please provide me with contact information for Messrs. Lyons and Hosmer.

I note your comment that you will be away July 13 through 30. I recall that you previously told me about this during one of our telephone conversations. I presume that my copy of the cover letter transmitting your Motion for Excusal addresses this time period (a copy of the actual motion was not included in my package).

Regarding documents, I have received and will review the partial document production (and responses) that you sent me. Regarding Arcadis' responses to these requests, as well as Arcadis' responses to our interrogatories, please note that Envirocon previously agreed to extend the time for Arcadis to serve responses through and including May 15, 2006. I previously conveyed this to you in email correspondence and by telephone. Arcadis did not timely respond to our requests and, under the applicable rules, it has waived its right to object. As such, Arcadis must produce all documents responsive to our requests and withdraw its objections. Also, Arcadis has waived its right to object to interrogatory responses. Accordingly, I expect full and complete responses to all interrogatories. Failure to fully comply with our discovery requests will be grounds for a Motion to Compel, pursuant to which we will seek appropriate sanctions.

Envirocon expects full and complete responses to interrogatories no later than close of business on Friday, May 26, 2006. Finally, this correspondence represents a good faith attempt to resolve outstanding discovery disputes.

Please feel free to contact me if you wish to discuss this further.

Very truly yours,

*G. Scott Walters*
G. Scott Walters

Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Ave.
Atlanta, Georgia 30303-1227
Phone: (404) 582-8062
Fax: (404) 688-0671
Email: gswalters@smithcurrie.com

**From:** Brian Newberry [mailto:bnewberry@donovanhatem.com]
**Sent:** Monday, May 22, 2006 11:31 AM
**To:** Walters, Scott
**Subject:** Arcadis

Scott,

I can produce Ed Schroeder, PJ Smith and Tom Crone in RI on June 19-21 in whatever order you prefer. I assume those are all day depositions so I blocked three days. If those dates do not work, we may have to look at July based on my current schedule. The problem is my time, not theirs, although I still need to verify Crone.

I also am available June 15 and 16 as well as the later part of the afternoon of the 14th in RI if those days work better for you. I am also free at the moment June 13. The problem is that I have an unavoidable committment the morning of the 14th. If you wanted to spend an extra day in RI that week, we could work around those dates as well.

I can get you whatever addresses we have for Lyons and Hosmer.

Also, just so you know, I will be away from July 13-30.

We are working on getting you interrogatory answers.

Brian C. Newberry
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
617.406.4619 (direct)
617.406.4501 (fax)
bnewberry@donovanhatem.com
www.donovanhatem.com