MAY 1 8 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ENVIROCON, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO: 05-516T |
| ARCADIS G&M, INC. | ) | |
| Defendant. | ) | |

**DEFENDANT ARCADIS G&M, INC.'S RESPONSES TO PLAINTIFF ENVIROCON, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS**

Pursuant to Fed. R. Civ. P. 34, the defendant, Arcadis G&M, Inc. ("Arcadis") responds to the Request for Production of Documents and Things of plaintiff Envirocon, Inc. ("Envirocon") as follows:

GENERAL OBJECTIONS

1. Arcadis incorporates these General Objections into each and every objection and/or individualized response contained herein, and into each and every amendment, supplement or modification to these responses hereinafter provided. Arcadis does not waive any General Objections in response to any specific request.

2. Arcadis objects to each request to the extent that it seeks information protected against disclosure by the attorney-client privilege, the attorney work product doctrine or any other rule of privilege, confidentiality or immunity provided by law.

3. Arcadis objects to each request to the extent that it requests information beyond the scope of the Federal Rules of Civil Procedure.

4. Arcadis objects to the term, "relating to or pertaining to" which is overly broad and unduly burdensome as everything can "relate to" something else in one way or another.

EXHIBIT "2"

## RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

**REQUEST NO. 1:**

All documents sent to or received from Envirocon, Inc. relating or pertaining to the Project.

**RESPONSE TO REQUEST NO. 1:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 2:**

All documents sent to or received from the United States relating to or pertaining to the Project.

**RESPONSE TO REQUEST NO. 2:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 3:**

All documents sent to or received from Avondale Marine relating to or pertaining to the Project.

**RESPONSE TO REQUEST NO. 3:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 4:**

All documents sent to or received from Viking Stone Corp. relating to or pertaining to the Project.

**RESPONSE TO REQUEST NO. 4:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 5:**

All documents sent to or received from P.J. Keating, Inc. relating to or pertaining to the Project.

**RESPONSE TO REQUEST NO. 5:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 6:**

All documents sent to or received from G. Lopes, Inc. relating to or pertaining to the Project.

**RESPONSE TO REQUEST NO. 6:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 7:**

All documents sent to or received from SAI Constr. Surveys relating to or pertaining to the Project.

**RESPONSE TO REQUEST NO. 7:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 8:**

All documents sent to or received from Northeast Engineers relating to or pertaining to

the Project.

**RESPONSE TO REQUEST NO. 8:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 9:**

All documents sent to or received from Middletown DPW relating to or pertaining to the Project.

**RESPONSE TO REQUEST NO. 9:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 10:**

All documents sent to or received from the Town of Middletown, RI relating to or pertaining to the Project.

**RESPONSE TO REQUEST NO. 10:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 11:**

All documents sent to or received from RIDEM – Dept. of Waste Management relating to or pertaining to the Project.

**RESPONSE TO REQUEST NO. 11:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care,

possession, or control at a mutually convenient time and location.

**REQUEST NO. 12:**

All documents sent to or received from RI Coastal Resources relating to or pertaining to the Project.

**RESPONSE TO REQUEST NO. 12:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 13:**

All documents that Arcadis contends comprise the Contract Documents between Envirocon and Arcadis for the Project.

**RESPONSE TO REQUEST NO. 13:**

Objection, this request calls for a legal conclusion as well as attempts to understand the mental impressions of counsel. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession or control at a mutually convenient time and location.

**REQUEST NO. 14:**

All documents detailing, describing, tabulating or otherwise memorializing the costs incurred by Arcadis on the Project.

**RESPONSE TO REQUEST NO. 14:**

Objection, this request is over broad and unduly burdensome, as well as calls for documents which are neither relevant nor likely to lead to the discovery of admissible evidence. Further, this request may call for documents protected by the attorney/client and work product privileges.

**REQUEST NO. 15:**

All documents detailing, describing, tabulating or otherwise memorializing each and

every invoice, progress payment, pay request, or pay application submitted by Arcadis to the United States pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 15:**

Objection, this request is over broad and unduly burdensome, as well as calls for documents which are neither relevant nor likely to lead to the discovery of admissible evidence.

**REQUEST NO. 16:**

All documents detailing, describing, tabulating or otherwise memorializing all amounts paid by the United States to Arcadis on the Project.

**RESPONSE TO REQUEST NO. 16:**

Objection, this request is over broad and unduly burdensome, as well as calls for documents which are neither relevant nor likely to lead to the discovery of admissible evidence.

**REQUEST NO. 17:**

All documents detailing, describing, tabulating or otherwise memorializing each and every invoice, progress payment, pay request, or pay application received by Arcadis from Envirocon pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 17:**

The defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 18:**

Copies of all checks, electronic funds transfer verification receipts or other documents evincing payment by the United States to Arcadis pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 18:**

Objection, this request is over broad and unduly burdensome, as well as calls for documents which are neither relevant nor likely to lead to the discovery of admissible evidence.

**REQUEST NO. 19:**

Copies of all checks, electronic funds transfer verification receipts or other documents

evincing payment by Arcadis to Envirocon pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 19:**

The defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 20:**

All documents pertaining to or relating to the First Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 20:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 21:**

All documents pertaining to or relating to the Second Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 21:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 22:**

All documents pertaining to or relating to the Third Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 22:**

Objection, this request calls for information protected by the attorney/client and work

product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 23:**

All documents pertaining to or relating to the Fourth Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 23:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 24:**

All documents pertaining to or relating to the Fifth Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 24:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 25:**

All documents pertaining to or relating to the Sixth Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 25:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced

in response to other requests for production in this matter.

**REQUEST NO. 26:**

All documents pertaining to or relating to the Seventh Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 26:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 27:**

All documents pertaining to or relating to the Eighth Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 27:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 28:**

All documents pertaining to or relating to the Ninth Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 28:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 29:**

All documents pertaining to or relating to the Tenth Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 29:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 30:**

All documents pertaining to or relating to the Eleventh Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 30:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 31:**

All documents pertaining to or relating to the Twelfth Affirmative Defense raised by Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 31:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 32:**

All documents pertaining to or relating to the Thirteenth Affirmative Defense raised by

Arcadis in its Answer.

**RESPONSE TO REQUEST NO. 32:**

Objection, this request calls for information protected by the attorney/client and work product privileges. Further, the request is over broad and unduly burdensome as well as vague. Subject to these objections, the defendant directs the plaintiff's attention to documents produced in response to other requests for production in this matter.

**REQUEST NO. 33:**

All contract documents by and between Arcadis and the United States pertaining or relating to the Project.

**RESPONSE TO REQUEST NO. 33:**

Objection, this request calls for a legal conclusion as well as attempts to understand the mental impressions of counsel. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession or control at a mutually convenient time and location.

**REQUEST NO. 34:**

All correspondence, typed, handwritten and/or electronic mail, including attachments or enclosures thereto, sent or received by Arcadis, both internally and externally, pertaining or relating to Modification 001 to the Subcontract.

**RESPONSE TO REQUEST NO. 34:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 35:**

All correspondence, typed, handwritten and/or electronic mail, including attachments or enclosures thereto, sent or received by Arcadis, both internally and externally, pertaining or

relating to Envirocon's August 17, 2005 Final Claim Notice.

**RESPONSE TO REQUEST NO. 35:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 36:**

All correspondence, typed, handwritten and/or electronic, including attachments or enclosures thereto, sent or received by Arcadis, both internally and externally, pertaining or relating to the Project.

**RESPONSE TO REQUEST NO. 36:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 37:**

All estimates prepared by Arcadis pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 37:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 38:**

All bids submitted to Arcadis pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 38:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these

objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 39:**

All bid analyses, evaluations, or tabulations prepared by or submitted to Arcadis pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 39:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 40:**

All documents summarizing, tabulating or otherwise indicating each and every bid or proposal submitted for the Specified Work on the Project.

**RESPONSE TO REQUEST NO. 40:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 41:**

All meeting minutes prepared by or distributed to Arcadis pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 41:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care,

possession, or control at a mutually convenient time and location.

**REQUEST NO. 42:**

All daily journals prepared by or distributed to Arcadis pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 42:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 43:**

All schedules prepared by Arcadis or distributed to Arcadis pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 43:**

Objection, this request is over broad and unduly burdensome. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 44:**

The file of Van Sands pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 44:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 45:**

The file of Edward W. Schroeder pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 45:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 46:**

The file of P.J. Smith pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 46:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**RESPONSE TO REQUEST NO. 47:**

The file of James C. Lyons, P.E. pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 47:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 48:**

The file of J. Lawrence Hosmer, P.E. pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 48:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 49:**

The file of Thomas E. Crone pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 49:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 50:**

The file of Darren Quillen pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 50:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 51:**

The file of Renelle Sagana pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 51:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 52:**

The file of William Gray pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 52:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these

objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 53:**

All internal memoranda, telephone call records, diaries, reports, files, electronic mail or records prepared by or distributed to Arcadis pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 53:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 54:**

All photographs, videos and digital or optical images pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 54:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 55:**

All plans, drawings, and sketches prepared by or distributed to Arcadis pertaining to or relating to the Project.

**RESPONSE TO REQUEST NO. 55:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 56:**

All statements and other documents pertaining to interviews with persons associated with the Project or at anytime proposed to be associated with the Project.

**RESPONSE TO REQUEST NO. 56:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 57:**

All corporate or organizational records and books of account showing or otherwise reflecting all costs incurred by Arcadis in connection with the Project.

**RESPONSE TO REQUEST NO. 57:**

Objection, this request is over broad and unduly burdensome, as well as irrelevant.

**REQUEST NO. 58:**

All corporate or organizational records or minutes of meetings of the Board of Directors of Arcadis G&M, Inc., on or after June 1, 2003, that in any way relate to, discuss or otherwise address Envirocon or the Project.

**RESPONSE TO REQUEST NO. 58:**

Objection, this request is over broad and unduly burdensome. Further, this request may call for documents protected by the attorney/client and work product privileges. Subject to these objections, the defendant will produce responsive documents within its custody, care, possession, or control at a mutually convenient time and location.

**REQUEST NO. 59:**

Audited financial statements of Arcadis for fiscal years 2003, 2004 and 2005.

**RESPONSE TO REQUEST NO. 59:**

Objection, this request calls for documents which are neither relevant nor likely to lead

to the discovery of admissible evidence. Further, the request seeks commercially sensitive and privileged information.

**REQUEST NO. 60:**

Corporate tax returns of Arcadis for tax years 2003, 2004 and 2005.

**RESPONSE TO REQUEST NO. 60:**

Objection, this request calls for documents which are neither relevant nor likely to lead to the discovery of admissible evidence. Further, the request seeks commercially sensitive and privileged information.

**REQUEST NO. 61:**

All documents, records, or reports containing internal or external audits or inspections of Arcadis' operations on the Project, including audits of accounting records, that were performed between June 1, 2003 and December 31, 2005.

**RESPONSE TO REQUEST NO. 61:**

Objection, this request calls for documents which are neither relevant nor likely to lead to the discovery of admissible evidence.

Respectfully submitted,

ARCADIS G&M, INC.

By its attorneys,

Warren D. Hutchison, R.I. Bar # 5571
Brian C. Newberry, R.I. Bar # 5542
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
Tel: (617) 406-4500
Fax: (617) 406-4501
Dated: May 16, 2006

**CERTIFICATE OF SERVICE**

I Brian C. Newberry certify that on May 16, 2006, I served a copy of the foregoing document on all counsel of record by mailing, first class mail, postage pre-paid, to the following:

Brian LaPlante, Esq.
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903

G. Scott Walters, Esq.
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Ave.
Atlanta, Georgia 30303-1227

Brian C. Newberry

00998131/25223.1