**SMITH, CURRIE & HANCOCK LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP THAT INCLUDES PROFESSIONAL CORPORATIONS

Telephone: (404) 521-3800
Facsimile: (404) 688-0671

Direct Dial: (404) 582-8062
gswalters@smithcurrie.com

*Reply To:*
G. SCOTT WALTERS
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Admitted to Practice in Georgia

May 24, 2006

Brian C. Newberry, Esq.
Donovan Hatem, LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02110

**VIA FACSIMILE: 617.406.4501 AND**
**VIA U.S. FIRST CLASS MAIL**

**RE: *Envirocon, Inc. v. Arcadis G&M, Inc.***
**U.S. District Court for the District of Rhode Island**
**Civil Action No. 05-516-T**

Dear Brian:

This letter follows up on my May 22, 2006 email with regards to Envirocon's pending discovery requests served upon Arcadis. Specifically, I want to address Arcadis' partial and incomplete responses to our Requests for Production of Documents and Things and partial document production to date, as well as Arcadis' present lack of any response to Envirocon's Interrogatories.

Regarding documents, what Arcadis has currently produced amounts to nothing more than a "document dump." This is totally unacceptable and contrary to the applicable discovery rules set out in the Federal Rules of Civil Procedure. Moreover, while Arcadis has objected to many Requests and, in some instances refused to produce any documents based on such objections, Arcadis waived its right to assert any objections because it failed to respond timely to our Requests for Production.

With this in mind, Envirocon expects full production of all documents in Arcadis' possession, custody and control that are responsive to each and every one of our Requests propounded. Envirocon will agree to allow Arcadis to maintain its attorney-client and/or work product privilege objections, but only with respect to those Requests where Arcadis has currently asserted such objection (specifically, Requests 14, 20-32, and 34-56). Furthermore, our agreement in this regard is expressly conditioned on Arcadis' providing



EXHIBIT "3"

Envirocon with a detailed privilege log identifying each and every responsive document that Arcadis contends is privileged and the specific basis for asserting such privilege. This privilege log must accompany Arcadis' remaining production (see below).

Regarding the documents that Arcadis has currently produced, both in hard copy and electronic form, and as previously mentioned, your production efforts so far are nothing more than a document dump. According to the discovery Rules and consistent with the instructions in our Requests, Arcadis must specifically identify each and every Request to which a specific document is responsive. Arcadis has not done this in any instance, and it will be extremely difficult for Envirocon to reconcile this based on your limited, and extremely general, production efforts to date.

Further, I note that with regards to Arcadis' responses to Requests 20-32, Arcadis has generally referred Envirocon to other Requests where responsive documents can be found. Arcadis' response to these Requests makes it impossible for Envirocon to determine which documents are responsive because Arcadis has not specifically indicated which of the documents it has produced are responsive to which specific Requests. Simply stated, Arcadis needs to clearly indicate the Requests to which each and every document currently produced is responsive. Lastly, on this point, and regarding (all additions) documents that Arcadis will be producing, Arcadis must fully detail each and every document and identify each and every Request to which it is responsive.

Additionally, I note several specific Requests where Arcadis has objected but not offered to produce responsive documents. These Requests are Nos. 14-16, 18, 57 and 59-61. In this regard and as previously mentioned, Arcadis has waived its right to assert any objection to these Requests by failing timely to respond. Moreover, Arcadis' objections in each and every instance are without merit. Requests 14, 15, 16 and 18 all address documents related to Arcadis' contractual relationship with the U.S. Fish and Wildlife Service ("Service"). As I am sure you are aware, Arcadis' contractual arrangement with the Service is highly relevant to Envirocon's claims against Arcadis because, in many instances Envirocon was contractually dependent upon Arcadis to assert properly its "pass-through" claims to the Service. Envirocon is entitled to and needs to be able to determine fully the extent to which Arcadis has communicated each and every such claim to the Service and, if applicable, the extent to which the Service has compensated Arcadis for such claims.

Likewise, Arcadis' objections to Requests 57, 59, 60 and 61 are utterly without merit. Arcadis' financial information during the time period corresponding to the Project, will be informative as to how Arcadis accounted for this Project both with respect to its contract with the Service and its subcontract with Envirocon. Such information is very, very (and I mean *very)* relevant to Envirocon's underlying claims. Further, Arcadis' specific objections based on its assertion that Envirocon seeks commercially sensitive

and privileged information is puzzling. Arcadis is a publicly traded corporation and, as such, its financial information should readily be available.

Based upon the foregoing, and in light of Arcadis' less than complete production efforts to date, Envirocon demands a full and complete production of responsive documents received at my offices no later than the close of business on Wednesday, May 31, 2006. Please be advised if Envirocon does not receive full and complete production from Arcadis by this date, I have been instructed by my client to file a Motion to Compel with the Court. Further, with regards to Arcadis' insufficient responses to Requests 20-32, if I do not receive a more detailed response (within the time frame set out above), I will file a Motion to Strike each and every one of Arcadis' Affirmative Defenses.

Finally, and as indicated in my email yesterday, Envirocon still expects full and complete responses to its Interrogatories no later than the close of business on Friday, May 26, 2006. Again, if I do not receive such responses by then, I will file a Motion to Compel.

In summary, Envirocon expects Arcadis to comply with the requirements of the Federal Rules of Civil Procedure regarding discovery, and fully respond to our properly asserted Requests and Interrogatories in the respective time frames set forth herein. Failure to do so will require Envirocon to bring this before the Court for resolution, whereupon I will seek appropriate sanctions and recovery of fees and expenses.

If you have any questions regarding the content of this letter, I am certainly willing to discuss these with you. To that end, please consider this as a good faith attempt to settle and resolve an ongoing discovery dispute between the parties.

Very truly yours,

**SMITH, CURRIE & HANCOCK LLP**

G. Scott Walters

GSW:vw

cc: Stephen A. Watson III, Esq. – Envirocon General Counsel (via facsimile)
Brian LaPlante, Esq. (via facsimile)
Robert C. Chambers, Esq.

2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303-1227
Direct Dial: (404) 582-8105
Fax: (404) 688-0671
gwjatl@aol.com

**SMITH, CURRIE & HANCOCK LLP**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Brian LaPlante, Esq. | **From:** | G. Scott Walters |
| **Fax:** | 401.273.0250 | **Date:** | May 24, 2006 |
| **Firm:** | LaPlante & Sowa, Ltd. | **Pages:** | 4 (including cover page) |
| **Re:** | Envirocon, Inc. v. Arcadis G&M, Inc. | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

**•Comments:**

The information contained in this facsimile message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution or copy of this communication other than to the person or entity named above is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message (and any copies) to the sender named above. Thank you.

USER: 9280 CLIENT NO. SCH99C

* * * COMMUNICATION RESULT REPORT ( MAY. 24. 2006 4:02PM ) * * *

FAX HEADER: SMITH CURRIE

TRANSMITTED/STORED : MAY. 24. 2006 3:57PM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|---|
| 009 | MEMORY TX | | 914012730250 | OK | 4/4 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-3) NO ANSWER
E-2) BUSY
E-4) NO FACSIMILE CONNECTION

2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303-1227
Direct Dial: (404) 582-8105
Fax: (404) 688-0671
gwjatl@aol.com

**SMITH, CURRIE & HANCOCK LLP**

# Fax

| | | | | |
|---|---|---|---|---|
| **To:** | Brian LaPlante, Esq. | **From:** | G. Scott Walters | |
| **Fax:** | 401.273.0250 | **Date:** | May 24, 2006 | |
| **Firm:** | LaPlante & Sowa, Ltd. | **Pages:** | 4 | (including cover page) |
| **Re:** | Envirocon, Inc. v. Arcadis G&M, Inc. | **CC:** | | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

**•Comments:**

The information contained in this facsimile message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution or copy of this communication other than to the person or entity named above is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message (and any copies) to the sender named above. Thank you.

USER: 9280

CLIENT NO. SCH99C

2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303-1227
Direct Dial: (404) 582-8105
Fax: (404) 688-0671
gwjatl@aol.com

**SMITH, CURRIE & HANCOCK LLP**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Brian C. Newberry, Esq. | **From:** | G. Scott Walters |
| **Fax:** | 617.406.4501 | **Date:** | May 24, 2006 |
| **Firm:** | Donovan Hatem, LLP | **Pages:** | 4 (including cover page) |
| **Re:** | Envirocon, Inc. v. Arcadis G&M, Inc. | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

•**Comments:**

The information contained in this facsimile message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution or copy of this communication other than to the person or entity named above is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message (and any copies) to the sender named above. Thank you.

* * * COMMU CATION RESULT REPORT ( MAY. 24. 20( 3:58PM ) * * *

FAX HEADER: SMITH CURRIE

TRANSMITTED/STORED : MAY. 24. 2006 3:56PM

| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
| --- | --- | --- | --- | --- |
| 007 MEMORY TX | | 916174064501 | OK | 4/4 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303-1227
Direct Dial: (404) 582-8105
Fax: (404) 688-0671
gwjatl@aol.com

**SMITH, CURRIE & HANCOCK LLP**

# Fax

| | | | |
| --- | --- | --- | --- |
| **To:** | Brian C. Newberry, Esq. | **From:** | G. Scott Walters |
| **Fax:** | 617.406.4501 | **Date:** | May 24, 2006 |
| **Firm:** | Donovan Hatem, LLP | **Pages:** | 4 (including cover page) |
| **Re:** | Envirocon, Inc. v. Arcadis G&M, Inc. | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

•**Comments:**

The information contained in this facsimile message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution or copy of this communication other than to the person or entity named above is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message (and any copies) to the sender named above. Thank you.

USER: 9280 CLIENT NO. SCH09C

2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303-1227
Direct Dial: (404) 582-8105
Fax: (404) 688-0671
gwjatl@aol.com

**SMITH, CURRIE & HANCOCK LLP**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Stephen A. Watson, III, Esq. | **From:** | G. Scott Walters |
| **Fax:** | 406-543-7987 | **Date:** | May 24, 2006 |
| **Firm:** | Envirocon, Inc. | **Pages:** | 4 (including cover page) |
| **Re:** | | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

•**Comments:**

The information contained in this facsimile message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution or copy of this communication other than to the person or entity named above is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message (and any copies) to the sender named above. Thank you.

USER: 9280 CLIENT NO. SCH99C

 P. 1

* * * COMM. CATION RESULT REPORT ( MAY. 24. 20. 4:00PM ) * * *

FAX HEADER: SMITH CURRIE

TRANSMITTED/STORED : MAY. 24. 2006 3:56PM

| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|
| 008 MEMORY TX | | 914065437987 | OK | 4/4 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-3) NO ANSWER
E-2) BUSY
E-4) NO FACSIMILE CONNECTION

2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303-1227
Direct Dial: (404) 582-8105
Fax: (404) 688-0671
gwjatl@aol.com

SMITH, CURRIE & HANCOCK LLP

# Fax

| | | | |
|---|---|---|---|
| To: | Stephen A. Watson, III, Esq. | From: | G. Scott Walters |
| Fax: | 406-543-7987 | Date: | May 24, 2006 |
| Firm: | Envirocon, Inc. | Pages: | 4 (including cover page) |
| Re: | | CC: | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

•Comments:

The information contained in this facsimile message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution or copy of this communication other than to the person or entity named above is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message (and any copies) to the sender named above. Thank you.

USER: 9280

CLIENT NO. SCH99C