**Walters, Scott**

**From:** Walters, Scott
**Sent:** Thursday, June 22, 2006 9:04 AM
**To:** 'Brian Newberry'
**Cc:** 'Brian LaPlante'
**Subject:** FW: ENV18E - Verification

This communication is intended solely for the benefit of the intended addressee(s). It may contain privileged and/or confidential information. If this message is received in error by anyone other than the intended recipient(s), please delete this communication from all records and advise the sender via electronic mail of the deletion.

Brian:

Attached is a .pdf of the Verification Form for Envirocon's responses to Arcadis' interrogatories. I am also sending you a copy by regular mail. Also, fyi, I will be shipping 7 boxes of documents to you later today. Please expect those in the next couple of days.

Finally, as you previously indicated you would do, please send me Arcadis' verification to its responses to our interrogatories.

Regards,

Scott Walters

*G. Scott Walters*

G. Scott Walters
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Ave.
Atlanta, Georgia 30303-1227
Phone: (404) 582-8062
Fax: (404) 688-0671
Email: gswalters@smithcurrie.com

---

**From:** Wheeler, Vicki
**Sent:** Thursday, June 22, 2006 7:50 AM
**To:** Walters, Scott
**Subject:** ENV18E - Verification

Here is the Verification of Responses to Defendant's Interrogatories as pdf.

Verification ENV18E .pdf (228 ...

*Vicki Wheeler*

Vicki Wheeler
Smith Currie & Hancock LLP



EXHIBIT "5"