**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Envirocon, Inc.,**<br>**a Montana corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ARCADIS G&M, INC.,**<br>**a Delaware corporation,**<br><br>**Defendant.** | ) | **Civil Action**<br>**No. 05CV516T** |

**AFFIDAVIT**

G. SCOTT WALTERS, being duly sworn upon his oath, deposes and says that:

1. I am over the age of eighteen years and competent in all regards to testify.

2. I give this affidavit voluntarily in support of Plaintiff Envirocon, Inc.'s Motion to Compel filed in the above-styled matter.

3. I have personal knowledge of all the facts contained herein.

4. At all times relevant hereto, I have been employed as an attorney by the law firm Smith, Currie & Hancock LLP, and, in this capacity, have served as counsel of record for Envirocon in this matter.

5. During the course of my representation, I have been responsible for all pre-trial discovery, including participation in an on-site inspection and review of documents produced by Defendant Arcadis G&M, Inc. on July 10 and 11, 2006.

6. Also attending this on-site inspection and review were Robert Chambers, lead trial counsel for Envirocon and a partner with my firm, and Stephen A. Watson, Envirocon's General Counsel.

7. Our on-site inspection and review took place at the offices of Donovan Hatem, LLP, World Trade Center East, Two Seaport Lane, Boston, MA 02210.

8. At the beginning of this on-site inspection and review, Arcadis' counsel, Brian Newberry, presented us with roughly twelve bankers' boxes of documents, all in hard copy form.

9. During our July 10-11, 2006 on-site inspection and review, Arcadis did not produce documents in any other medium.

10. After reviewing these records, it became very clear to us that Arcadis had not complied with the July 7, 2006 Consent Order governing this on-site inspection and review, which mandated the production of all documents responsive to Envirocon's requests.

11. Arcadis did not even produce at the on-site inspection, either in hard copy or electronic format, all of the documents that it had previously sent to Envirocon in electronic format.

FURTHER AFFIANT SAYS NOT.

G. Scott Walters

Sworn to and Subscribed before
me this 21st day of July, 2006.

Patricia P. Futrell
Notary Public

My Commission Expires:

PATRICIA P. FUTRELL
NOTARY
EXPIRES
GEORGIA
OCT. 21, 2008
PUBLIC
FAYETT COUNTY, GA