**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Envirocon, Inc.,**<br>**a Montana corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ARCADIS G&M, INC.,**<br>**a Delaware corporation,**<br><br>**Defendant.** | ) | **Civil Action**<br>**No. 05CV516T** |

**ORDER**

Having read and considered Plaintiff Envirocon, Inc.'s Motion to Compel and having heard the arguments of counsel, and, for good cause shown, it is hereby ORDERED that Plaintiff's Motion to Compel be and is GRANTED. Pursuant to the foregoing Order, Defendant Arcadis G&M, Inc. shall, within three (3) business days of the date of this Order:

(a) Produce for Plaintiff's inspection and review, hard copies of all documents responsive to Envirocon's First Request for Production of Documents and Things, including but not limited to documents specifically called for in the July 7, 2006 Consent Order. Such production shall be at Arcadis full cost and expense and shall be made at the offices of Smith, Currie & Hancock LLP, 2700 Marquis One Tower, 245 Peachtree Center Ave., N.E., Atlanta,

EXHIBIT "9"

Georgia 30303-1227;

(b) Sign and Verify the Interrogatory Responses that Arcadis previously served upon Plaintiff on or about May 26, 2006; and

(c) Pay Plaintiff for all costs, attorneys fees and expenses incurred by Plaintiff in connection with the July 10-11, 2006 on-site inspection, in the amount proven by Plaintiff in its Motion for Sanctions.

IT IS SO ORDERED this _____ day of ______, 2006.

_______________________________
Ernest C. Torres
United States District Court Judge