**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Envirocon, Inc.,**<br>**a Montana corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ARCADIS G&M, INC.,**<br>**a Delaware corporation,**<br><br>**Defendant.** | ) | **Civil Action**<br>**No. 05CV516T** |

**ENTRY OF APPEARANCE**

Attorney Philip J. Laffey hereby enters his appearance on behalf of Plaintiff Envirocon, Inc., a Montana corporation, in the above-captioned matter.

Philip J. Laffey, Esq. #7292
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
TEL: (401) 273-0200
FAX: (401) 273-0250

**CERTIFICATION**

Brian C. Newberry, Esquire
Warren D. Hutchinson, Esquire
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02110

G. Scott Walters, Esquire
Robert C. Chambers, Esquire
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227

I hereby certify that on this 24th day of August 2006, I caused a true and accurate copy of the within document to be sent via first class mail, postage prepaid, to the above-listed attorneys.

Kelly J. Doulin