Brian LaPlante**
Jeffrey D. Sowa*

Christopher D. DiSano***
Marlene B. Samra**
Philip J. Laffey**

L&S
LAPLANTE & SOWA, LTD.
ATTORNEYS AT LAW

**Admitted in Rhode Island & Massachusetts
*Admitted In Rhode Island
*Admitted In Nevada

August 24, 2006

**VIA ELECTRONIC FILING ONLY**

United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

**RE: Envirocon, Inc. v. ARCADIS G&M, INC.**
**C.A. No. 05CV516T**

Dear Madam/Sir:

Enclosed please find an Entry of Appearance of Attorney Philip J. Laffey on behalf of Plaintiff Envirocon, Inc., a Montana corporation, in the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

Philip J. Laffey

PJL/kjg
Enclosure
cc: Brian C. Newberry, Esq. (via first class mail, with enclosure)
G. Scott Walters, Esq. (via first class mail, with enclosure)

67 Cedar Street, Suite 102, Providence, RI 02903 ❖ 120 North Main Street, Attleboro, MA 02703
Tel: (401) 273-0200 Fax: (401) 273-0250
www.laplantesowa.com