**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Envirocon, Inc.,<br>a Montana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIS G&M, INC.,<br>a Delaware corporation,<br><br>Defendant. | ) | Civil Action<br>No. 05CV516T |

**CERTIFICATE OF SERVICE OF**
**NOTICE OF DEPOSITION ON MIKE CARROLL**

The undersigned hereby certify that, on August 28, 2006, true and correct copies of Notice of Deposition of Mike Carroll was served upon counsel for Defendant as listed, by Electronic Service and by depositing same in the U.S. Mail, as designated in the Certificate of Service, postage prepaid, properly addressed to counsel as follows:

Mr. Mike Carroll
c/o Brian C. Newberry, Esq.
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

Respectfully submitted this 28th day of August, 2006.

By: [signature]
G. Scott Walters
Georgia Bar No. 735610
Admitted *Pro Hac Vice*

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671

**ATTORNEYS FOR PLAINTIFF ENVIROCON, INC.**