**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Envirocon, Inc.,<br>a Montana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIS G&M, INC.,<br>a Delaware corporation,<br><br>Defendant. | Civil Action<br>No. 05CV516T |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned hereby certify that, on September 21, 2006, a true and correct copy of Envirocon, Inc.'s First Request for Admissions Directed to Defendant, Arcadis G&M, Inc., were served upon counsel for Defendant as listed, by electronic mail and by depositing same in the U.S. Mail, as designated in the Certificate of Service, postage prepaid, properly addressed to counsel as follows:

Warren D. Hutchison, Esq.
Brian C. Newberry, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110

Respectfully submitted this 21st day of September, 2006.

**[signature on following page]**

SMITH, CURRIE & HANCOCK LLP

By: [signature]

Robert C. Chambers
Georgia Bar No. 119460
Admitted *Pro Hac Vice*

2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671

LAPLANTE & SOWA, LTD.
Brian LaPlante
R.I. Bar #5861
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250

Attorneys for Plaintiff
Envirocon, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I am serving this 21st day of September, 2006 the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** upon opposing counsel by electronic mail and by depositing a copy in the United States Mail, first class postage affixed to an envelope addressed as follows:

Warren D. Hutchison, Esq.
Brian C. Newberry, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110

Robert C. Chambers