**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Envirocon, Inc.,<br>a Montana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIS G&M, INC.,<br>a Delaware corporation,<br><br>Defendant. | ) | Civil Action<br>No. 05CV516T |

## CERTIFICATE OF SERVICE OF NOTICE OF TAKING DEPOSITION OF P.J. SMITH

The undersigned hereby certify a true and correct copy of the Notice of Deposition of P.J. Smith was served upon counsel for Defendant as listed, by Electronic Mail and by depositing same in the U.S. Mail, postage prepaid, properly addressed to counsel as follows:

Brian C. Newberry, Esq.
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

This 21st day of September, 2006.

By: [signature]
G. Scott Walters
Georgia Bar No. 735610
Admitted *Pro Hac Vice*

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671

Brian LaPlante, Esq.
Rhode Island Bar Number 5861
**LAPLANTE & SOWA, LTD.**
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250

**ATTORNEYS FOR PLAINTIFF**
**ENVIROCON, INC.**