UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ENVIROCON, INC., Plaintiff, | : | |
| v. | : | CA 05-516 T |
| ARCADIS G&M, INC., Defendant. | : | |

**RULING**
**RE E-MAILS**

On September 25, 2006, the Court conducted a telephone conference with counsel in the above matter in response to a letter from Plaintiff's counsel. See Letter from Walters to Martin, M.J., of 9/22/06. During the conference, counsel for Plaintiff requested that the Court review two e-mail communications which Defendant had inadvertently produced to Plaintiff in discovery and make a determination as to whether the communications are privileged (as Defendant claims). The Court advised that it would review the e-mails and issue a written ruling on September 26, 2006. This is that ruling.

The Court finds that the first e-mail, which was sent on Tuesday, April 26, 2005, at 2:02 p.m., is not privileged. The Court finds that the second e-mail which was sent on Tuesday, April 26, 2005, at 7:18 a.m., is privileged.[1]

[1] The Court's description of the e-mails as the "first e-mail" and the "second e-mail" refers to order in which the e-mails appear in the last two pages of the September 25, 2006, telecommunication transmission from Plaintiff's counsel to Deputy Clerk Martha Saucier. The description does not refer to the order in which the e-mails were sent.

ENTER:

BY ORDER:

DAVID L. MARTIN
United States Magistrate Judge
September 26, 2006

Deputy Clerk