UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ENVIROCON, INC., Plaintiff, | : | |
| v. | : | CA 05-516 T |
| ARCADIS G&M, INC., Defendant. | : | |

**RULING**
**RE DOCUMENTS**
**REVIEWED IN CAMERA**

On September 29, 2006, the Court received a set of documents[1] from Defendant Arcadis G&M, Inc. ("Defendant"), for in camera review. See Letter from Newberry to Martin, M.J., of 9/28/06. This submission was in accordance with the directive given by the Court during the September 25, 2006, telephone conference with counsel. After reviewing the documents, the Court finds that these documents were prepared in anticipation of litigation and are privileged. Accordingly, they need not be produced by Defendant to Plaintiff.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
October 3, 2006

BY ORDER:

Deputy Clerk

[1] Although approximately fifty-five pages of documents were submitted, a significant number of pages were duplicates. Nevertheless, the Court reviewed all fifty-five pages.