**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **Envirocon, Inc.,**<br>**a Montana corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ARCADIS G&M, INC.,**<br>**a Delaware corporation,**<br><br>**Defendant.** | **Civil Action**<br>**No. 05CV516T** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME Plaintiff Envirocon, Inc. and Defendant ARCADIS G&M, Inc., by and through their respective undersigned counsel, and stipulate to the dismissal with prejudice of this action, with each party to bear its own costs in the above.

This 30th day of October, 2006.

/s/ G. Scott Walters
Robert C. Chambers
Georgia Bar No. 119460
G. Scott Walters
Georgia Bar No. 735610
Admitted *Pro Hac Vice*

SMITH, CURRIE & HANCOCK LLP
245 Peachtree Center Ave, N.E.
Suite 2700
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671

/s/ Brian LaPlante
Brian LaPlante
R.I. Bar #5861

LAPLANTE & SOWA, LTD.
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250

**Attorneys for Plaintiff**
**Envirocon, Inc.**

/s/Brian C. Newberry
Warren D. Hutchison
R.I. Bar #5571
Brian C. Newberry
R.I. Bar #5542

DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110
Tel: (617) 406-4500
Fax: (617) 406-4501

**Attorneys for Defendant**
**ARCADIS G&M, Inc.**